**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                    **CASE NO. 3:24cr125/MCR**

SHAWN STEELE

_____/

## FACTUAL BASIS FOR GUILTY PLEA

This statement of facts is submitted on behalf of the undersigned parties. All parties agree that if the above-captioned case were to go to trial, the government could produce competent, substantial evidence of the following facts to prove the defendant is guilty of the offenses charged in the Indictment to which the defendant is pleading guilty. The parties further agree that not all of the facts known from or related to this investigation are contained in this brief summary.

## STATEMENT OF FACTS

Between January 3, 2023, and June 30, 2023, Mr. Steele obtained loans from Pen Air Credit Union and Central Credit Union of Florida for a Jeep Wrangler, a Ferrari 488 Pista, and a Cape Horn boat. Mr. Steele agrees he made knowingly false statements in his loan applications for the purposes of influencing the financial

1



institutions.  Both Pen Air Credit Union and Central Credit Union of Florida were federally insured by the National Credit Union Administration.

## Count One – Jeep Wrangler

On January 3, 2023, Mr. Steele purchased a Jeep Wrangler for $98,485.12 from a Jeep dealership in White Lake, Michigan, which was financed through Chrysler Capital in the amount of $98,485.12.  On March 7, 2023, Mr. Steele signed an automotive loan application at Pen Air Credit Union in Pensacola, Florida, for the Jeep.  The new automotive loan was in the amount of $98,120.07, and the Jeep was used as collateral.  In the application, Mr. Steele said he made $34,400 per month from his construction business called Eleets Construction.  To support his claim, Mr. Steele provided a pay stub from Eleets Construction showing he made $34,400 that pay period.  However, the pay stub was fake, and based on bank records, Mr. Steele made almost no money from Eleets Construction.  Based on this false information, the loan was approved on March 9, 2023, and Pen Air Credit Union sent money to Chrysler Capital to pay off the loan.

## Count Two – Ferrari 488 Pista

On February 11, 2021, Mr. Steele's father purchased a Ferrari 488 Pista for $425,000.00 from a dealership in San Diego, California, which was financed through Ferrari financial Services.  On October 31, 2021, Mr. Steele's father sold the Ferrari

2

to a dealership in Texas and used the funds to pay off the loan with Ferrari Financial Services on December 27, 2021. On January 5, 2022, and January 6, 2022, Mr. Steele requested and received two duplicate Florida titles for the Ferrari. The State of Florida issued the titles not knowing that the Ferrari was previously sold and before it was registered in Texas.

On June 30, 2023, Mr. Steele signed an automotive loan application for the Ferrari with Central Credit Union of Florida,[1] located in Pensacola, Florida. In the application, Mr. Steele said he made $34,400 per month from his construction business called Eleets Construction, which was also false. Based on this false information, the loan was approved, and he received $250,000.00 from the Central Credit Union of Florida.

### Count Three – Cape Horn

On June 30, 2023, Mr. Steele signed a loan application at Pen Air Credit Union in Pensacola, Florida, to purchase a Cape Horn boat from a dealership in Mary Esther, Florida. The loan was in the amount of $299,243.00, and the Cape Horn was used as collateral. In the application, Mr. Steele said he made $34,400 per month from his construction business called Eleets Construction, which was false. To

---

[1] Central Credit Union of Florida is now Loyalty Credit Union.

support his claim, Mr. Steele provided a fake pay stub from Eleets Construction

showing he made $34,400 that pay period. Based on this false information, the credit

union approved the loan for $299,243.00.

## ELEMENTS

*Counts One through Three* – False Statement to a Federally Insured Institution, in
violation of Title 18, United States Code, Section 1014.   ECCA Pattern Jury
Instruction O39.

> *First*:        the Defendant made a false statement or report;

> *Second*:        the Defendant did so knowingly and with intent to influence an
> action of the institution described in the indictment regarding an
> application, advance, commitment, or loan, or a change or
> extension to any of those; and

> *Third*:        the deposits of the institution were insured by the National Credit
> Union Administration.

JOHN P. HEEKIN
United States Attorney

_____
CHRISTOPHER RABBY
Attorney for Defendant

_____
SHAWN STEELE
Defendant

_9/24/25_____
Date

_____
JEFFREY M. THARP
Assistant United States Attorney

_9/24/2025_____
Date

4